UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : <br> : <br> v. : <br> : <br> CINDY FITCHETT, : <br> MICHAEL CURZIO, : <br> DOUGLAS SWEET, : <br> TERRY BROWN, : <br> BRADLEY RUKSTALES, and : <br> THOMAS GALLAGHER, : <br> : <br> **Defendants.** : | Case No. 21-MJ-012 |

## NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the Acting United States Attorney for the District of Columbia, herby informs the Court that Assistant United States Attorney Susan T. Lehr is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No.415793

  _/s/ Susan T. Lehr_
SUSAN T. LEHR
NE Bar No. 19248
Assistant United States Attorney
District of Columbia
Capitol Riot Detailee
555 4th Street, NW,
Washington, D.C. 20530
Telephone No. (402) 332-8032
Susan.Lehr@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 24th day of May 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Susan T. Lehr*
Susan T. Lehr
Assistant United States Attorney
